```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| JOSE VARGAS, | : |
|       Petitioner, | : Civil Action No. 09-1219 (JBS) |
| v. | : **O R D E R** |
| STATE OF NEW JERSEY, et al., | : |
|       Respondents. | : |

THIS MATTER having come before the Court by way of petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, on behalf of Petitioner Jose Vargas, and for the reasons set forth in the Opinion filed herewith,

IT IS on this __**9th**__ day of __**December**__, 2009,

ORDERED that the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is DISMISSED WITH PREJUDICE, for lack of subject matter jurisdiction, and WITHOUT PREJUDICE to Petitioner's right to file a motion for relief from his federal conviction under 28 U.S.C. § 2255; and it is further

ORDERED that the motions for in forma pauperis status, for transfer to a federal detention center, for appointment of counsel, for issuance of a writ of error, for consolidation of the state and federal court criminal matters in this habeas petition, and for an Order to show cause, are DISMISSED as moot;

ORDERED that the Clerk shall serve a copy of this Order upon Petitioner by regular mail; and it is finally

ORDERED that the Clerk is directed to close the file accordingly without assessing any fees or costs.

      **s/ Jerome B. Simandle**
JEROME B. SIMANDLE
United States District Judge